July 18, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC NORRIS, Appellant

NO. 14-13-00430-CV                          V.

HOME CARE PROFESSIONAL SERVICES, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the final order signed by the court below on December 7, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Eric Norris.

We further order this decision certified below for observance.